FREDERICK HABENICHT, Respondent, *v.* HENCKEN & WILLENBROCK COMPANY, Appellant.

*Habenicht* v. *Hencken & Willenbrock Co.*, 149 App. Div. 914, affirmed.
(Submitted January 13, 1914; decided January 27, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 27, 1912, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant, his employer.

*Martin A. Schenck* and *Frederick Hulse* for appellant.

*Herbert C. Smyth, James B. Mackie* and *Enos S. Booth* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., WERNER, HISCOCK, CHASE, COLLIN and CUDDEBACK, JJ. Not sitting: MILLER, J.